IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 09-6002-CV-SJ-GAF |
| CITY OF ST. JOSEPH, MISSOURI, | ) ) ) |
| Defendant. | ) |

## ORDER

Pursuant to the parties Joint Stipulation (Doc. #8), it is ORDERED that Section 20-194 of the Code of Ordinances of the City of St. Joseph is preliminarily enjoined from enforcement pursuant to the authority set forth in *Phelps-Roper v. Nixon*, 509 F.3d 480, 484 (8th Cir. 2007). In addition, further proceedings in this case are STAYED until further order because the parties "believe that the legal issues raised in this case are substantially the same as those in [pending] Case No. 06-4156-CV-C-FJG, and the facts of both cases are sufficiently analogous that any disposition of one case would be precedent–if not controlling precedent–in the other, or, at least, would simplify resolution of the legal issues presented in this case."

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: **March 30, 2009**